TIMOTHY M. BURGESS
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: 907-271-5071

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DIANE MICHELLE TIMBERLAKE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.<br><br>COUNT 1:<br>POSSESSION WITH INTENT TO<br>DISTRIBUTE COCAINE BASE<br>   Vio. 21 U.S.C. § 841(a)(1) &<br>(b)(1)(B)<br><br>COUNT 2:<br>CARRYING AND POSSESSING<br>FIREARM DURING AND IN<br>RELATION TO AND IN<br>FURTHERANCE OF DRUG<br>TRAFFICKING CRIME<br>   Vio. 18 U.S.C. § 924(c)(1) |

## I N D I C T M E N T

The Grand Jury charges that:

## COUNT 1

Between on or about August 21 and September 9, 2005, both dates being

approximate and inclusive, within the District of Alaska, the defendant, DIANE

Timberlake  Indictment

MICHELLE TIMBERLAKE, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base (crack), weighing 5 grams or more, all of which is in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

COUNT 2

Between on or about August 21 and September 9, 2005, both dates being approximate and inclusive, within the District of Alaska, the defendant, DIANE MICHELLE TIMBERLAKE, did knowingly and intentionally carry and possess during and in relation to and in furtherance of a drug trafficking crime, as described in Count 1 of this Indictment, a firearm, to wit: a semi-automatic Desert Eagle 44 magnum, serial number 62715, all of which is in violation of Title 18 United States Code, Section 924(c)(1).

A TRUE BILL.

S/ Grand Jury Foreperson
GRAND JURY FOREPERSON

S/ Stephan A. Collins for
FRANK V. RUSSO
Assistant U.S. Attorney

S/ Timothy Burgess
TIMOTHY M. BURGESS
United States Attorney

DATED:  12/14/05