# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

UNITED STATES v. DIANE MICHELLE TIMBERLAKE

Case No. *A05-120 CR (RRB/JDR)*

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant Magistrate Judge's Office

FILED DEC 29 2005 UNITED STATES DISTRICT COURT DISTRICT OF ALASKA By ___ Deputy

## MINUTE ORDER FROM CHAMBERS

### RE: Scheduled Arraignment

The scheduled arraignment for defendant **Timberlake** will now be heard before the Hon. Terrance W. Hall, U.S. Magistrate Judge, on Friday, December 30, 2005 at 10:00 a.m., Courtroom No. 5. The clerk shall give immediate telephonic notice to parties of record.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

December 29, 2005

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2005\2005 CR\A05-120 CR (RRB) Timberlake MO Rescheduling Arraignment.wpd

✓ 12/29/05 t/c notice: F. Russo, FPD (CJA clk), USPO

A05-0120--CR (RRB)    12-29-05
--------------------------------------------
✓ F. RUSSO (USA)
✓ US MARSHAL
✓ US PROBATION
✓ MAGISTRATE JUDGE HALL

3