MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs DIANE MICHELLE TIMBERLAKE CASE NO. A05-0120-CR (RRB)
Defendant: X Present   X In Custody

BEFORE THE HONORABLE           TERRANCE W. HALL

DEPUTY CLERK/RECORDER:          ELISA SINGLETON

UNITED STATES ATTORNEY:         BRYAN SCHRODER

DEFENDANT'S ATTORNEY:           M.J. HADEN

U.S.P.O.:                       CHRIS LIEDIKE

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT - HELD 12/30/05:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:05 a.m. court convened.

X Copy of Indictment given to defendant: waived reading.

X Defendant sworn.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Defendant states true name: Same as Above

X Financial Affidavit **FILED**.
   X Federal Public Defender accepted appointment; FPD notified.

X PLEAS Not Guilty to Counts 1 & 2 of Indictment.

X Counsel advised of trial date: 3/6/2006; Final Pretrial
   Conference set for 3/1/06 at 8:30 a.m. before Judge Beistline.

X Defendant detained/Detention Hearing set for 1/6/06 at 10:00 a.m.
   before Magistrate Judge Roberts. Order of Detention **FILED**.

X Pretrial motions due **1/23/06**. Order **FILED**.

X OTHER: Defense counsel made an Oral Motion for the Defendant to
be Allowed to Retain her Reading Glasses While in Custody; **GRANTED**.

At 10:17 a.m. court adjourned.

DATE: December 30, 2005   DEPUTY CLERK'S INITIALS:   ES