M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>DIANE MICHELLE TIMBERLAKE,<br><br>           Defendant. | Case No. A05-0120 CR (RRB)<br><br>**MOTION ON SHORTENED TIME<br>TO VACATE DETENTION HEARING** |

       Defendant, Diane Michelle Timberlake, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time for an order vacating the detention hearing in the above case, currently scheduled for Friday, January 6, 2006.  At the current time, Ms. Timberlake has not been able to complete her proposal for bond.  She will petition the court in writing when her proposal becomes complete.  She respectfully requests that the January 6th hearing be vacated.

DATED this 5th day of January, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on January 5, 2006, a copy of the foregoing Motion on Shortened Time to Vacate Detention Hearing was served electronically on:

Frank V. Russo, Esq.

/s/ M. J. Haden