UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DIANE MICHELLE TIMBERLAKE,<br><br>            Defendant. | Case No. A05-0120 CR (RRB)<br><br>**PROPOSED<br>ORDER VACATING<br>DETENTION HEARING** |

   After due consideration of defendant's motion on shortened time, the court GRANTS/DENIES the motion.

   After due consideration of defendant's motion to vacate detention, the court GRANTS/DENIES the motion.

   The detention hearing in the above case, currently scheduled for Friday, January 6, 2005, is hereby vacated.

   DATED January _____, 2006, in Anchorage, Alaska.

_____
JOHN D. ROBERTS
UNITED STATES MAGISTRATE JUDGE