Case 3:05-cr-00120-RRB    Document 11    Filed 01/05/2006    Page 1 of 1
Case 3:05-cr-00120-RRB-JDR    Document 10-2    Filed 01/05/2006    Page 1 of 1
01/05/05 Motion Granted    Ordered signed by Magistrate Judge John D. Roberts    Page 1 of 1 jdr/jm

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>DIANE MICHELLE TIMBERLAKE,<br><br>              Defendant. | Case No. A05-0120 CR (RRB)<br><br>**ORDER VACATING<br>DETENTION HEARING** |

After due consideration of defendant's motion on shortened time, the court GRANTS/~~DENIES~~ the motion.

After due consideration of defendant's motion to vacate detention, the court GRANTS/~~DENIES~~ the motion.

The detention hearing in the above case, currently scheduled for Friday, January 6, 2005, is hereby vacated.

DATED January 5th, 2006, in Anchorage, Alaska.

/s/ John D. Roberts
JOHN D. ROBERTS
UNITED STATES MAGISTRATE JUDGE