TIMOTHY M. BURGESS
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:05-cr-0120-(RRB) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DISCOVERY CONFERENCE** |
| vs. | ) | **CERTIFICATE** |
| | ) | |
| DIANE TIMBERLAKE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This document certifies that the defendant, through counsel, requested

discovery from the United States, pursuant to Fed. R. Crim. P. 16, and the United

//

States provided discovery to the defendant on January 6, 2006, and will continue to

provide other discovery as it becomes available.

  RESPECTFULLY submitted this <u>6th</u> day of January 2006, at Anchorage, Alaska.

            TIMOTHY M. BURGESS
            United States Attorney

            s/Frank V. Russo
            Assistant U.S. Attorney
            222 West 7th Ave., #9, Rm. 253
            Anchorage, AK 99513-7567
            Phone: (907) 271-5071
            Fax: (907) 271-1500
            E-mail: frank.russo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2006
a copy of the foregoing NOTICE was served
electronically:

M.J. Haden
Federal Public Defender Agency
550 W. 7th Ave., #1600
Anchorage, AK  99501


s/ Frank V. Russo

**U.S. v. Timberlake**
**3:05-cr-120-(RRB)**