**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**


  UNITED STATES OF AMERICA   v.   DIANE MICHELLE TIMBERLAKE

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                          CASE NO.  3:05-cr-0120 RRB

 Patty Demeter


PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: January 5, 2006

### ORDER SCHEDULING TRIAL

        The above matter is hereby set on for jury trial on **Monday,**
**March 6, 2006, at 8:30 a.m.** before Judge Beistline, at Anchorage,
Alaska.  Counsel are expected to have pretrial matters assigned to the
United States Magistrate Judge resolved no later than 7 days before
trial.  Any unresolved pretrial matters shall be called to the trial
judge's attention by the applicant no later than 7 days prior to
trial.

        Counsel are expected to calendar changes of plea and file a
notice of intent to change plea at the earliest possible time prior to
trial. If a final pretrial conference is scheduled, the change of plea
will be taken at the time set for the final pre-trial conference.  The
court expects all changes of plea to be effected no later than the
week preceding the trial date.

        A final pretrial conference is set for **Wednesday, March 1,**
**2006, at 8:30 a.m. in Courtroom #2**.

        Except as hereinafter provided, and unless other
arrangements are made at a final pre-trial conference, counsel shall
comply with the requirements of D.Ak.LR 39.2, 47.1, and 51.1 in
preparation for trial of this case.

        Briefs, proposed voir dire questions, and proposed jury
instructions shall be served and filed with the court at least 7
calendar days prior to the trial date.  Briefs shall not exceed 15
pages.  Briefs shall focus upon the legal issues and authorities
bearing upon these issues which the party anticipates will arise

ORDER SCHEDULING TRIAL
[]{IK1.WPD*Rev.12/96}

during the course of trial.  Proposed jury instructions may, but are
not required to, include common jury instructions employed by the
court in all criminal cases.  Counsel's proposed jury instructions
must include substantive instructions appropriate to the charges made
against each defendant and such other special instructions as counsel
deem the circumstances of the particular case to require.

ORDER SCHEDULING TRIAL
[]{IK1.WPD*Rev.12/96}                                                    2