M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DIANE MICHELLE TIMBERLAKE,<br><br>        Defendant. | Case No. A05-0120 CR (RRB)<br><br>**MOTION ON SHORTENED TIME FOR BAIL REVIEW HEARING** |

Defendant, Diane Michelle Timberlake, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time for a bail review hearing. Ms. Timberlake proposes that she be released under the following conditions:

- Twenty-four hour sight and sound custodian
- Electronic monitoring
- Random drug testing
- Weekly contact with pretrial services
- Not depart the Anchorage area

- Not possess weapons

Ms. Timberlake requests that the court set a bail hearing for the afternoon of Friday, January 13, 2006. Undersigned counsel has two proceedings before the Honorable Ralph Beistline on morning of the 13th. In addition, undersigned counsel is currently in trial before the Honorable Ralph Beistline in <u>United States v. Krister Evertson</u>. Counsel anticipates that the trial will conclude on Thursday, January 12, 2006.

DATED this 10th day of January, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

<u>Certification</u>:

I certify that on January 10, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Frank V. Russo, Esq.

/s/ M. J. Haden