UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DIANE MICHELLE TIMBERLAKE,<br><br>        Defendant. | Case No. A05-0120 CR (RRB)<br><br>**PROPOSED<br>ORDER SCHEDULING<br>BAIL REVIEW HEARING** |

       After due consideration of defendant's motion on shortened time, the court GRANTS/DENIES the motion.

       After due consideration of defendant's Motion for Bail Review Hearing, the court GRANTS/DENIES the motion. A bail review hearing is scheduled before the undersigned for January _____, 2006, at _____ a.m.

       DATED January _____, 2006, in Anchorage, Alaska.

_____
RALPH R. BEISTLINE
U.S. DISTRICT COURT JUDGE