UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DIANE MICHELLE TIMBERLAKE,<br><br>　　　　　Defendant. | Case No. A05-0120 CR (RRB)<br><br>**ORDER SCHEDULING<br>BAIL REVIEW HEARING** |

After due consideration of defendant's motion on shortened time, the court GRANTS/~~DENIES~~ the motion.

After due consideration of defendant's Motion for Bail Review Hearing, the court GRANTS/~~DENIES~~ the motion. A bail review hearing is scheduled before the undersigned for January _13_, 2006, at _9:30_ a.m.

DATED January _10_, 2006, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　/s/ John D. Roberts
　　　　　　　　　　　　　　　　　JOHN D. ROBERTS
　　　　　　　　　　　　　　　　　U.S. Magistrate Judge