(Rev 12/05)

## LIST OF EXHIBITS AND WITNESSES

FILED
JAN 13 2006
UNITED STATES DISTRICT OF ALASKA
By ___ Deputy

Case No. 3:05-cr-00120-RRB   Magistrate Judge: John D. Roberts

Title: USA v. Diane Michele Timberlake

Dates of Hearing/Trial: January 13, 2006

Deputy Clerk/Recorder: Caroline Edmiston

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Frank Russo | M.J. Haden |
| | |
| | |

-----------------------------------------EXHIBITS-----------------------------------------

| PLAINTIFF | | | DEFENDANT | | | WITNESSES | | |
|---|---|---|---|---|---|---|---|---|
| EX # | ID | AD | EX # | ID | AD | W- | NAME/DESCRIPTION OF EXHIBIT | CALLED BY |
| | | | | | | W-1 | 9:32:50 — Stephanie Quiana Brown | Δ |
| 1 | X | | | | | | Packet | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |