TIMOTHY M. BURGESS
United States Attorney

LARRY D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:05-cr-0120-RRB |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE** |
| vs. ) | |
| ) | |
| DIANNE M. TIMBERLAKE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW the United States Attorney's Office, by and through Larry D. Card, Assistant U.S. Attorney, and hereby enters a substitution of counsel on behalf of the United States of America.

All further pleadings and correspondence, etc. shall be sent to the following address:

> Larry D. Card
> Assistant U.S. Attorney
> 222 West 7th Avenue, Room 253, #9
> Anchorage, AK  99513-7567
> (907) 271-5071
> Fax: (907) 271-1500
> E-mail: larry.card@usdoj.gov
> AK Bar No. 8011068

RESPECTFULLY SUBMITTED on this 20th day of January, 2006, in Anchorage, Alaska.

TIMOTHY M. BURGESS
United States Attorney

s/ Larry D. Card
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

**CERTIFICATE OF SERVICE**
I hereby certify that on January 20, 2006
a copy of the foregoing NOTICE OF
APPEARANCE  was served
via electronically to:

Michael Dieni
Asst. Federal Public Defender
Anchorage, AK.  99501

s/ Larry D. Card

**U.S. v. TIMBERLAKE**
3:05-cr-0120-RRB                                                2