TIMOTHY M. BURGESS
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-0120-RRB |
| | ) | |
| Plaintiff, | ) | **NOTICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| DIANE M. TIMBERLAKE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through Timothy

M. Burgess, United States Attorney for the District of Alaska, and hereby requests

the Court no longer electronically serve pleadings in the above-captioned case on

Frank V. Russo, Asst. U.S. Attorney.  Assistant U.S. Attorney Larry Card, is the lead attorney in this matter.

RESPECTFULLY submitted this 20th day of January, 2006, at Anchorage, Alaska.

TIMOTHY M. BURGESS
United States Attorney

s/ Frank V. Russo
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2006
a copy of the foregoing NOTICE was served
electronically:

Mike Dieni
Federal Public Defender Agency
550 W. 7th Ave., #1600
Anchorage, AK  99501

s/ Frank V. Russo