Law Office of Allan Beiswenger
1101 West 7th Avenue
Anchorage, Alaska 99501
Office:  (907) 868-1280
Fax:  (907) 258-6419
Email:  beiswenger@ak.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | U.S.D.C. Case Number |
| | ) | 3:05-cr-0120 (RRB) |
| | ) | |
| vs. | ) | |
| | ) | |
| DIANE MICHELLE TIMBERLAKE. | ) | **UNOPPOSED MOTION TO** |
| | ) | **CONTINUE** |
| Defendant. | ) | |
| | ) | |
| | ) | |

Comes now Defendant, Diane Michelle Timberlake, by and through her attorney, Allan Beiswenger, and hereby moves to continue her pretrial conference scheduled for March 1, 2006, and her trial scheduled for March 6, 2006. Defendant would also seek a new date for purposes of filing pretrial motions.

The Defendant was previously represented by Ms. M.J. Haden of the Federal Public Defender's Office.  Ms. Haden moved to withdraw as counsel for Ms. Timberlake  on or about February 3, 2006, and a CJA 20 form was filed with the Court on February 9, 2006, notifying the court of Ms. Timberlake's representation by undersigned counsel.

A continuance is requested as there are possible pretrial motions that should be raised, including a Motion to Suppress evidence based upon an invalid search. A Motion was filed in the Alaska Superior Court on February 14, 2006, seeking an Order to unseal the relevant search warrant, No. 05-922.  That motion is still pending.

Additionally,  more time is required to review the discovery provided in this case.

The undersigned contacted Mr. Larry Card, Assistant United States Attorney, who indicated that he did not oppose a motion to continue the trial in this matter.

Dated this 23rd day of February, 2006.

/s/Allan Beiswenger
Law Office of Allan Beiswenger
1101 West 7th Avenue
Anchorage, Alaska 99501
Office:  (907) 868-1280
Fax:  (907) 258-6419
Email:  beiswenger@ak.net
Attorney for Defendant

CERTIFICATE OF SERVICE
This is to certify that a correct copy of this Unopposed
Motion to Continue was served by electronic mail upon
The Office of the United States Attorney, t and Pretrial
Services on the 23rd day of February, 2006.
/s/Allan Beiswenger

Allan Beiswenger
Attorney at Law
1101 W 7th Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419