Law Office of Allan Beiswenger
1101 West 7th Avenue
Anchorage, Alaska 99501
Office: (907) 868-1280
Fax: (907) 258-6419
Email: beiswenger@ak.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| DIANE M. TIMBERLAKE | ) |
| | ) |
| Defendant. | ) |
| | ) |

Case No. 3:05-cr-0120-RRB

**ENTRY OF APPEARANCE**

Allan Beiswenger hereby enters his appearance on behalf of defendant, Diane M. Timberlake, and requests that all further pleadings, notices and other materials in this case be served upon him at 1101 West 7th Avenue, Anchorage, Alaska 99501.

Dated at Anchorage, Alaska this 23rd day of February, 2006.

/s/Allan Beiswenger
Law Office of Allan Beiswenger
1101 West 7th Avenue
Anchorage, Alaska 99501
Office: (907) 868-1280
Fax: (907) 258-6419
Email: beiswenger@ak.net
Attorney for Defendant

| | |
|---|---|
| 1 | |
| 2 | CERTIFICATE OF SERVICE |
| 3 | This is to certify that a correct copy of this Entry |
| 4 | Of Appearance was served by electronic mail upon |
| 5 | The Office of the United States Attorney, and Pretrial Services on the 23rd day of February, 2006. |
| 6 | /s/Allan Beiswenger |
| 7 | |
| ... | |
| 25 | |

Allan Beiswenger
Attorney at Law
1101 W 7th Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419

Allan Beiswenger
Attorney at Law
1101 W 7th Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419