UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  USA  </u>  v.  <u> TIMBERLAKE </u>

DATE:   <u> February 23, 2006 </u>   CASE NO.   <u> 3:05-CR-0120-RRB </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RE MOTION TO CONTINUE**

---

Defendant's Unopposed Motion to Continue Trial will be addressed at the final pretrial conference on **Wednesday, March 1, 2006, at 8:30 a.m.**, in Courtroom 2.


M.O. RE MOTION TO CONTINUE