Law Office of Allan Beiswenger
1101 West 7th Avenue
Anchorage, Alaska 99501
Office:  (907) 868-1280
Fax:  (907) 258-6419
Email:  beiswenger@ak.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | U.S.D.C. Case Number |
| | ) | 3:05-cr-0120 (RRB) |
| | ) | |
| vs. | ) | |
| | ) | |
| DIANE MICHELLE TIMBERLAKE. | ) | **MOTION TO SUPPRESS** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Comes now Defendant, DIANE TIMBERLAKE, by and through her counsel, Allan Beiswenger, and hereby moves to suppress as evidence in her case all items seized from her vehicle and from her purse following the impound of the vehicle by Anchorage Police Officers on August 12, 2005.

This motion is supported by the attached Memorandum of Law, and attachments.

Dated at Achorage, Alaska, this 20th day of March, 2006.

/s/Allan Beiswenger
Law Office of Allan Beiswenger
1101 West 7th Avenue
Anchorage, Alaska 99501
Office:  (907) 868-1280
Fax:  (907) 258-6419
Email:  beiswenger@ak.net
Attorney for Defendant

CERTIFICATE OF SERVICE
This is to certify that a correct copy of this Motion to Suppress was served by electronic mail upon The Office of the United States Attorney on the 20th day of March, 2006.
/s/Allan Beiswenger

Allan Beiswenger
Attorney at Law
1101 W 7th Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419

Allan Beiswenger
Attorney at Law
1101 W 7th Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419