Law Office of Allan Beiswenger
1101 West 7th Avenue
Anchorage, Alaska 99501
Office: (907) 868-1280
Fax: (907) 258-6419
Email: beiswenger@ak.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | U.S.D.C. Case Number |
| | ) | 3:05-cr-0120 (RRB) |
| | ) | |
| vs. | ) | |
| | ) | |
| DIANE MICHELLE TIMBERLAKE. | ) | **ORDER SUPPRESSING** |
| | ) | **EVIDENCE** |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to the Motion to Suppress filed by Defendant, DIANE TIMBERLAKE,

IT IS HEREBY ORDERED that all evidence obtained following the seizure of Ms.

Timberlake's vehicle by Anchorage Police Officers on September .

Dated at Achorage, Alaska, this _____ day of _____, 2006.

_____
United States Magistrate

CERTIFICATE OF SERVICE
This is to certify that a correct copy of this proposed ORDER
SUPPRESSING EVIDENCE was served by electronic mail upon
The Office of the United States Attorney on the 20th day

of March, 2006.
/s/Allan Beiswenger

Allan Beiswenger
Attorney at Law
1101 W 7th Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419