# ANCHORAGE POLICE DEPARTMENT
## POLICE REPORT

Offense Level     Case Number: 05-28637

### INCIDENT DATA

| DATE/TIME OF REPORT | CAD OFF ENSE | OFFICER NAME | APPROVING SUPERVISOR NAME | CASE NUMBER |
|---|---|---|---|---|
| 7/1/05  4:04 | ELUDING POLICE | Sturkie, Daniel R 1290 | Richardson William R 0 | 05-28637 |

REPORT TYPE: Original     Incident Number:

LOCATION OF INCIDENT
Reported address: MIRROR LAKE PARKING BOAT RAMP AREA Chugiak, AK 99567
Actual address: MIRROR LAKE PARKING BOAT RAMP AREA Chugiak, AK 99567

DISTRICT: North     AREA: 52

DATE/TIME OF INCIDENT: 7/1/05  4:04     OFFENSE:     CRIME STATUS:     NCIC:     STATE CODE/MUNICIPAL CODE:

LOCATION TYPE:     BIAS MOTIVATION:     TARGET OF CRIME:     POINT OF ENTRY:     ENTRY METHOD:

WEAPON:     EVIDENCE:     MODUS OPERANDI:     CRIMINAL ACTIVITY:

ALCOHOL RELATED:     GANG RELATED:     DRUG:     DV:     HATE CRIME:     OFFICER COMPLAINT: YES     CROSS REFERENCE: NO     CROSS REFERENCE NUMBER:

OCCURRED FROM 24HR CLOCK TO:     OCCURRED TO 24HR CLOCK:     DAY OF WEEK: Fri     CASE STATUS: Pending     FOLLOW UP: Officer     EXCEPTIONAL CLEARANCE:     CLEARANCE DATE:

### PERSON  OWNER

| NAME (LAST, FIRST, MIDDLE) | D.O.B | AGE | RACE | SEX | ETHNICITY | SSN |
|---|---|---|---|---|---|---|
| TIMBERLAKE, DIANE M. | 08/01/1954 | 50 | Am Indian/Ak Native | Female | | 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 |

| ADDRESS | CITY | STATE | ZIP CODE | RESIDENCE PHONE |
|---|---|---|---|---|
| 340 WEST 32 #9 | Anchorage | AK | 99518 | |

BUSINESS ADDRESS:     CITY:     STATE:     ZIP CODE:     BUSINESS PHONE:     EMPLOYER: UNK

MAILING ADDRESS: 340 WEST 32 #9     CITY:     STATE: AK     ZIP CODE: 99518

AKA/MAIDEN NAME:     DL & DL STATE: 6352196 AK     STATE ID/ STATE: / AK     GANG AFFILIATION:

### NARRATIVE

SYNOPSIS: On 07-01-2005, at about 0404 hours I had already called out to APD Dispatch of a traffic stop in the Mirror Lake Parking Lot area. I came upon another vehicle a 1995 Chevrolet Blazer, blue in color, parked in the corner of the lot, by the boat ramp area. I pulled up to the vehicle from the driver's side and turned on my emergency lights and used my spotlight to shine on the vehicle. I could see a black male on the driver's side and a native female as the front passenger. I could see that both people were trying to put on their clothes. I couldn't see the plate of the car and stepped out of my patrol car. When I did this the driver, the black male rolled down the driver's window and I told him to stay where he was. The black male pulled the Blazer forward and turned left towards the exit area, as to leave. As he rolled by slowly, I yelled at him to stop the vehicle numerous times. I was looking at the driver the whole time and the distance was less than a car length. The black male driver kept asking me why I wanted him to stop and kept telling me he didn't do anything wrong. The black male driver sped off, with no lights on, north bound on the Old Glenn. When I got turned around, I followed with my emergency gear on. The Chevrolet Blazer was last seen north bound in the area of the New Glenn underpass, by the Old Glenn Hwy. I did notify APD Dispatch of the plate of the eluding vehicle. The car in question is a 1995 Chevrolet Blazer, AK # ELP 216. I didn't look for the car at all when I lost sight of it. Ofc Lofthouse related he might know the black male suspect and will complete a photo line-up with me at a later time. The driver is described as a black male, 25-30 years old, bald looking, no facial hair, no glasses, and skinny looking, wearing a dark looking pull over t-shirt of some kind. The female passenger was a adult looking native female in her late 20's or 30's, with shoulder length black hair. The adult female looked stout. The Chevrolet is registered to a Diane Timberlake, out of Anchorage. Mirror Lake Park is posted closed between the hours of 0600 and 2300 daily. The sign is posted in view on the right shoulder as you enter the park area.

CASE STATUS: Pending.

Page 1 of 1     Case Number     Officer     Date