09/16/2005 09:04 FAX                                                                                                        ☒004/015

# ANCHORAGE POLICE DEPARTMENT
## POLICE REPORT



Offense Level FEL    Case Number: 05-34635

| INCIDENT DATA | DATE/TIME OF REPORT | CAD OFFENSE | OFFICER NAME | APPROVING SUPERVISOR NAME | CASE NUMBER |
|---|---|---|---|---|---|
| | 8/12/05 23:35 | STOLEN VEHICLE | Carson, Jack _ 26729 | | 05-34635 |

| REPORT TYPE | Incident Number | | | | |
|---|---|---|---|---|---|
| Supplemental | | | | | |

| LOCATION OF INCIDENT | | DISTRICT | AREA |
|---|---|---|---|
| Reported address 8000 EAST 10TH AVE Anchorage, AK 99504 | | East | 14 |
| Actual address | | | |

| DATE/TIME OF INCIDENT | OFFENSE | CRIME STATUS | NCIC | STATE CODE/MUNICIPAL CODE |
|---|---|---|---|---|
| 8/12/05 15:47 | | | | |

| LOCATION TYPE | BIAS MOTIVATION | TARGET OF CRIME | POINT OF ENTRY | ENTRY METHOD |
|---|---|---|---|---|

| WEAPON | EVIDENCE | MODUS OPERANDI | CRIMINAL ACTIVITY |
|---|---|---|---|

| ALCOHOL RELATED | GANG RELATED | DRUGS | DV | HATE CRIME | OFFICER COMPLAINT | CROSS REFERENCE | CROSS REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| YES | NO | | | | YES | NO | |

| OCCURRED FROM | 24HR CLOCK | TO | OCCURRED TO | 24HR CLOCK | DAY OF WEEK | CASE STATUS | FOLLOW UP | EXCEPTIONAL CLEARANCE | CLEARANCE DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Fri | Suspended/Closed | None | | |

## NARRATIVE

**DISPATCH:**
On 8/12/05 at about 1547 hrs I responded to the area of 12th Ave and Muldoon for a stolen vehicle that was being followed by the owner. The vehicle was a 2000 Green Dodge Ram Alaska Plate DWF 728.

**ARRIVAL/ OBSERVATIONS:**
As I arrived into the area the owner had lost visual on the vehicle and there was several other officers in the area searching for the vehicle.

As I pulled onto East 10th Ave off of Boston I noticed the stolen truck backed up against 8000 East 10th Ave. It was occupied two times. LIGGON was in the drivers seat and a white female in the passenger seat. There was a black male on the passenger side of the truck talking to the occupants. As I pulled up the black male by the passenger side of the vehicle jumped into the passenger side of a 1995 Blue Chevy Blazer, Alaska Plate ELP 216. There was a female already in the driver side of the blazer.

**ACTION TAKEN:**
I first confirmed the plate with dispatch and then blocked the truck in from the front. I got out of my vehicle and started a felony stop. The blazer started to back out and tried to leave, until I ordered them to stop. I also started a felony stop on that vehicle too. When I gave dispatch the plate for the blazer they informed me their was a locate attached to the vehicle for an eluding.

I stood by until other officers arrived and then we began ordering the occupants of the vehicles out one at a time. I took custody of LIGGON and took a taped statement from him.

**INTERVIEW W/ LIGGON:**
I first read LIGGON his Miranda Rights and then took a statement from him. LIGGON stated he had received the truck from a guy named TITO on Tuesday at about 1600 hrs. He did not know TITO's last name, or where he lived other than it was in the area of 14th Ave and Juneau. He said he thought the vehicle belonged to TITO's older brother SAM, who had no where to store it, so he let him barrow the vehicle.

He described TITO as a Hispanic male about 30 yrs old, long curly hair, short, and very skinny. LIGGON described SAM as a black male about 40 yrs old, 6 ft tall, 160 lbs, and short black hair. See tape for details.

**INFORMATION:**
OFC. WEISSENBERGER interviewed the female in the vehicle and she stated LIGGON had told her he had bought the vehicle. Because of the inconsistencies in their stories I decided to charge LIGGON with Vehicle theft and driving with a suspended license.

**ACTION TAKEN:**
LIGGON was transported to court for a bail hearing and then remanded to ANJ.

**CASE STATUS:**
Closed by arrest.

| Page 1 of 1 | Case Number 05-34635 | Officer Carson, Jack _ : 26729 | Date 08/12/2005 |
|---|---|---|---|

