09/16/2005 09:04 FAX                                                                                                          ☒003/015

# ANCHORAGE POLICE DEPARTMENT
## POLICE REPORT

Offense Level FEL    Case Number: 05-34635

| INCIDENT DATA | DATE/TIME OF REPORT | CAD OFFENSE | OFFICER NAME | APPROVING SUPERVISOR NAME | CASE NUMBER |
|---|---|---|---|---|---|
| | 8/12/05 15:47 | Stolen Vehicle | Smith, Eric J 25137 | | 05-34635 |

| REPORT TYPE | |
|---|---|
| Supplemental | Incident Number |

| LOCATION OF INCIDENT | | DISTRICT | AREA |
|---|---|---|---|
| Reported address | 8000 E. 10th Avenue Anchorage, AK 99504 | East | 14 |
| Actual address | 8000 E. 10th Avenue Anchorage, AK 99504 | | |

| DATE/TIME OF INCIDENT | OFFENSE | CRIME STATUS | NCIC | STATE CODE/MUNICIPAL CODE |
|---|---|---|---|---|
| 8/12/05 16:02 | | | | |

| LOCATION TYPE | BIAS MOTIVATION | TARGET OF CRIME | POINT OF ENTRY | ENTRY METHOD |
|---|---|---|---|---|
| | | | | |

| WEAPON | EVIDENCE | MODUS OPERANDI | CRIMINAL ACTIVITY |
|---|---|---|---|
| | | | |

| ALCOHOL RELATED | GANG RELATED | DRUG | GV | HATE CRIME | OFFICER COMPLAINT | CROSS REFERENCE | CROSS REFERENCE NUMBER |
|---|---|---|---|---|---|---|---|
| | NO | YES | | | | | |

| OCCURRED FROM | 24HR CLOCK | TO | OCCURRED TO | 24HR CLOCK | DAY OF WEEK | CASE STATUS | FOLLOW UP | EXCEPTIONAL CLEARANCE | CLEARANCE DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | TO | | | Fri | Arrest Adult | None | | |

### NARRATIVE

**INFORMATION:**
On 8-12-05 at about 1547 hours, I responded code three to 8000 E. 10th Avenue reference OFC. CARSON had a stolen vehicle stopped. Upon my arrival, I saw he had a green Dodge pickup, AK plate DWF728 blocked in. I saw next to the stolen vehicle was a silver 1996 Chevrolet Blazer, AK plate ELP216.

**ACTION TAKEN:**
I assisted in a felony stop of both vehicles until all subjects were taken into custody. While clearing the Blazer I saw a marijuana pipe on the passenger side floorboard of the Blazer. Dispatch advised the Blazer was an eluding suspect vehicle and it needed to be impounded for evidence. During an inventory search, I again saw the marijuana pipe on the passenger side floorboard. I saw several clear plastic baggies in the vehicle. I saw a prescription pill bottle in the center cup holder. I saw lots of clothing and at least two purses.

I was advised by OFC. ERNEST we had consent to search the stolen Dodge Ram from the registered owner. I saw a clear plastic baggie behind the center cup holder which had a white powder in it, which appeared to be cocaine. I saw in the center cup holder was a plastic lid which had several rocks of crack cocaine sitting on it. I also seized two crack pipes and a small amount of marijuana.

I took photographs of both vehicles and the evidence seized. I will follow-up with a search warrant for the Chevrolet Blazer, AK plate ELP216. I logged the evidence seized into property and evidence.

**CROSS REFERENCE:**
05-28637.

**CASE STATUS:**
Pending.