/07/2005 12:48 FAX

05-34623 1547

Municipality of Anchorage
POLICE DEPARTMENT
IMPOUND REPORT

☐ Original Report
☑ Supplemental Report

Case Number: 05-28637

ate of Impound: 8-12-05
me of Request: 1610     Time of Arrival: 1630     Time of Departure: 1710
ocation of Impound: E 10TH AVE

OCATION OF VEHICLE KEYS (MANDATORY): ☐ Owner   ☑ In Vehicle   ☐ Impound Office   ☐ Unknown

EASON FOR IMPOUND:
☑ Evidence - Nature of Case: ELUDING     Case Officer: SIVRKIC
☐ Safekeeping 1st Offense No Insurance:
☐ Safekeeping Reason:
☐ DUI (pursuant to AMC 9.28.026)
☐ DWLC/R/S (pursuant to AMC 9.28.019)
☐ No Insurance (Impound/Forfeit AMC 9.28.030)
    (2nd offense and greater)

**For AMC 9.28 Impounds**
**MANDATORY DRIVER INFORMATION**

Drivers Name: ___
OL#/ID#: ___                                State
DOB: ___

☐ Charged (enter ATN # below)
ATN#: ___
BA Results: ___
☐ Waiting on Blood Test

MPOUNDED BY:
☑ Tow Company Name: RUSTYS

MPOUNDED TO:
☐ Safekeeping
☐ Safekeeping 1st Offense No Insurance
☐ Evidence (Indoor Secured Storage)
☑ Evidence (Outdoor Secured Storage) ___ (space #)
☐ DUI
☐ DWLC/R/S and No Insurance
☐ No Insurance (2nd offense and greater)

EHICLE INFORMATION:
Owner Name: DIANE MICHELLE TIMBERLAKE   Owners Phone#: 744-4590
Owners Address: ___                              VIN#: 1GNCS13W0SZ160586
License #: ELP 216   Year: 1995   State: AK   Make: CHEV   Model: BLZ
Inventory: PENDING SEARCH WARRANT (PINK PURSE VISIBLE)
Vehicle Damage: DENT IN PASS DOOR FRONT LEFT/ROCKER PANEL/DRIVERS DOOR + DASH ASSY
Narrative (Mandatory): LOCATED AT SCENE OF STOLEN VEHICLE TRAFFIC

TIBURON ENTRY
DATE: ___
DSN#: ___
TOW #: ___

OFFICE USE ONLY
Notes: ___

SAFEKEEPING RELEASED: ___
SAFEKEEPING AUCTIONED: ___
DUI - DWLC/R/S - NO INS
RELEASED
DUI - DWLC/R/S - NO INS
AUCTIONED: ___
FORFEITED: ___
EVIDENCE
Release for Safekeeping: ___
Released to Reg. Owner: ___

NAME: J. KLEINSMITH     DSN: 2968     DATE: 8-12-05

1 017 Ver / 03   (1ST Copy) WHITE - Records   (2ND Copy) CANARY - Impound Section   (3RD Copy) PINK - Legal   GOLDENROD - Tow Company

SCANNED