(Rev 10/05)

# LIST OF EXHIBITS

---

Case No. 3:05-cr-00120-RRB    Magistrate Judge/~~Judge:~~ John D. Roberts

Title  USA

vs.  Diane Timberlake

Dates of Hearing/Trial: 4/6/06

Deputy Clerk/Recorder: RMC

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Larry Card | Allan Beiswenger |
|  |  |

----------EXHIBITS----------

| **PLAINTIFF** | | | | **DEFENDANT** | | | |
|---|---|---|---|---|---|---|---|
| EX #ID | | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|  |  |  |  | E | ✓ | ✓ | affidavit Eric Smith |
|  |  |  |  | C | ✓ |  | police report |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |