Law Office of Allan Beiswenger
1101 West 7th Avenue
Anchorage, Alaska 99501
Office: (907) 868-1280
Fax: (907) 258-6419
Email: beiswenger@ak.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| ) | | |
| Plaintiff, ) | U.S.D.C. Case Number | |
| ) | 3:05-cr-0120 (RRB) | |
| ) | | |
| vs. ) | | |
| ) | **DEFENEDANT'S SECOND** | |
| DIANE MICHELLE TIMBERLAKE. ) | **UNOPPOSED MOTION TO** | |
| ) | **CONTINUE** | |
| Defendant. ) | | |
| ) | | |
| ) | | |

Comes now Defendant, Diane Michelle Timberlake, by and through her attorney, Allan Beiswenger, and hereby moves to continue her her trial currently scheduled for May 10, 2006. There is currently pending before the Court a MOTION TO SUPPRESS filed by Ms. Timberlake on March 20th, 2006. The Magistrate Judge issued his RECOMMENDATION on April 19th, 2006, and the parties were given time to file their objections. Defendant's objections are due by April 26, 2006, and any Response is due by May 2nd 2006.

The parties have engaged in discussions regarding a resolution of this matter, but any final resolution is not possible until the Court enters a final ruling on Defendant's Motion to Suppress. Additionally, the Assistant United States

Attorney, Mr. Larry Card, will not be available during the week of May 1st, 2006, for purposes of discussing a resolution of this matter.

It is requested that the trial be continued for approximately two (2) weeks in order to obtain a final ruling on Defendant's Motion to Suppress, and to allow sufficient time thereafter for the parties to discuss a resolution. It is requested that at the time of the pretrial conference at 1:30 p.m. on April 28th, 2006, that the Court schedule a new trial date. Counsel for Ms. Timberlake requests that he be allowed to appear telephonically at said conference as he will be in Kenai for a Court proceeding that morning, and will not be able to return to Anchorage in time for the hearing. He will be available by telephone at 360-9417.

The undersigned contacted Mr. Larry Card, Assistant United States Attorney, who indicated that he did not oppose the motion to continue the trial in this matter, or the request by counsel to appear telephonically.

Dated this 25th day of April, 2006.

/s/Allan Beiswenger
Law Office of Allan Beiswenger
1101 West 7th Avenue
Anchorage, Alaska 99501
Office: (907) 868-1280
Fax: (907) 258-6419
Email: beiswenger@ak.net
Attorney for Defendant

CERTIFICATE OF SERVICE
This is to certify that a correct copy of this Unopposed
Motion to Continue was served by electronic mail upon
The Office of the United States Attorney, on the 25th day
Of April, 2006.
/s/Allan Beiswenger

Allan Beiswenger
Attorney at Law
1101 W 7th Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419

Allan Beiswenger
Attorney at Law
1101 W 7th Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419