UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>USA</u> v. <u>TIMBERLAKE</u>

DATE: <u>April 26, 2006</u>   CASE NO. <u>3:05-CR-0120-RRB</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE MOTION TO CONTINUE**

---

Defendant's Second Unopposed Motion to Continue (Docket 41), will be addressed at the final pretrial conference on **Friday, April 28, 2006, at 1:30 p.m.**, in Courtroom 2.

M.O. RE MOTION TO CONTINUE