DEBORAH M. SMITH
Acting United States Attorney

LAWRENCE D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DIANE MICHELLE TIMBERLAKE,<br><br>Defendant. | ) Case No. 3:05-cr-00120-2-RRB-JDR<br>)<br>)<br>) **GOVERNMENT'S RESPONSE**<br>) **TO DEFENDANT'S**<br>) **OBJECTIONS TO THE**<br>) **MAGISTRATE JUDGE'S**<br>) **PROPOSED FINDINGS AND**<br>) **ORDER**<br>) |

COMES NOW the United States Attorney's Office, by and through

Larry D. Card, Assistant U.S. Attorney, and hereby files its response to defendant

Diane Michelle Timberlake's objections to the Magistrate Judge's proposed

Findings and Recommendations. The Magistrate Judge held an evidentiary

hearing, even though the government did not believe one was warranted under the

current state of the law.

The seizures in this case resulted from search warrant applications that were

granted by the State of Alaska Courts.  The defendant admittedly did not challenge

the warrants, but wanted to argue that the initial seizure of the defendant's vehicle

for an unrelated incident in which the defendant was not charged required the court

to inquire further.  In the absence of fraud, misstatements, lies, or any other

information which might cause the court to inquire further than the "four corners"

of the affidavit in support of the warrant.  The officers were authorized to search

Ms. Timberlake's vehicle pursuant to a warrant.  No further issue has been raised

by the defendant's objections, except to state that she does not agree with the

Magistrate Judge's findings, and in effect she wants to re-argue the same issues to

the U.S. District Court Judge.  There is no basis to totally discount the Magistrate

Judge's findings and recommendations.  The objections should be overruled, and

the Magistrate Judges's Findings and Recommendations should be adopted as the

law of this case.

       RESPECTFULLY SUBMITTED on this 27th day of April, 2006, in

 Anchorage, Alaska.

                                   DEBORAH M. SMITH
                                   Acting United States Attorney

                                   s/ Lawrence D. Card
                                   Assistant U.S. Attorney
                                   222 West 7th Ave., #9, Rm. 253
                                   Anchorage, AK 99513-7567
                                   Phone: (907) 271-5071
                                   Fax: (907) 271-1500
                                   E-mail: larry.card@usdoj.gov
                                   Alaska Bar No. 8011068

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2006
a copy of the foregoing was served via
electronic service:

Michael Dieni, Asst. Federal Public Defender

s/  Lawrence D. Card