DEBORAH M. SMITH
Acting United States Attorney

LAWRENCE D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DIANE MICHELLE TIMBERLAKE,<br><br>Defendant. | Case No. 3:05-cr-00120-2-RRB-JDR<br><br>**GOVERNMENT'S CORRECTED RESPONSE TO DEFENDANT'S OBJECTIONS TO THE MAGISTRATE JUDGE'S PROPOSED FINDINGS AND ORDER** |

COMES NOW the United States Attorney's Office, by and through Larry D. Card, Assistant U.S. Attorney, and hereby files its response to defendant Diane Michelle Timberlake's objections to the Magistrate Judge's proposed Findings and Recommendations. The Magistrate Judge held an evidentiary

hearing, even though the government did not believe one was warranted under the current state of the law.

The seizures in this case resulted from search warrant applications that were granted by the State of Alaska Courts. The defendant admittedly did not challenge the warrants, but wanted to argue that the initial seizure of the defendant's vehicle for an unrelated incident in which she defendant was not charged still required the court to inquire further and have a hearing. In the absence of fraud, misstatements, lies, or any other information which might cause the court to inquire further than the "four corners" of the affidavit in support of the warrant, the officers were authorized to search Ms. Timberlake's vehicle pursuant the warrant issued by the state magistrate. No further issue has been raised by the defendant's objections, except to state that she does not agree with the Magistrate Judge's findings, and in effect she wants to re-argue the same issues to the U.S. District Court Judge. There is no basis to totally discount the Magistrate Judge's findings and recommendations. The objections should be overruled, and the Magistrate Judges's Findings and Recommendations should be adopted as the law of this case.

RESPECTFULLY SUBMITTED on this <u>28th</u> day of April, 2006, in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/ Lawrence D. Card
>Assistant U.S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-1500
>E-mail: larry.card@usdoj.gov
>Alaska Bar No. 8011068

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2006,
a copy of the foregoing GOVERNMENT'S CORRECTED
RESPONSE TO DEFENDANT'S OBJECTIONS TO THE
MAGISTRATE JUDGE'S PROPOSED FINDINGS AND
ORDER was served via electronic service:

Michael Dieni, Asst. Federal Public Defender

s/ Lawrence D. Card