IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>DIANE MICHELLE TIMBERLAKE,<br><br>      Defendant. | Case No. 3:05-CR-0120-RRB<br><br>**ORDER DENYING MOTION TO SUPPRESS** |

Before the Court is Defendant's Motion to Suppress at Docket 29, and the Magistrate Judge's Final Recommendation on Motion to Suppress at Docket 50.

The Court has reviewed all the pleadings relevant hereto, including the objections filed to the Magistrate Judge's initial Recommendation, and concludes that the Motion to Suppress must be **DENIED** for the reasons clearly articulated in the Final Recommendation.

IT IS SO ORDERED.

ENTERED this 2nd day of May, 2006.

                           /s/ RALPH R. BEISTLINE
                           UNITED STATES DISTRICT JUDGE