**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>  USA  </u>  v.  <u> TIMBERLAKE </u>

DATE: <u>  July 19, 2006  </u>   CASE NO. <u>  3:05-CR-0120-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING SENTENCING**

---

      Due to the unavailability of Defendant, the sentencing scheduled in this matter for July 21, 2006, is **RESCHEDULED** and will be now be held on **Thursday, July 27, 2006,** at **11:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.